UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HENDERSON,

    Plaintiff,

v.                                          Case No. 10-12674

CORDOZAR CALVIN BROADUS, et al.

    Defendants.
                                           /

### ORDER SUSPENDING MOTION DEADLINE AND SETTING CONFERENCE

On May 11, 2011, the court held a status conference with counsel for Plaintiff and Defendants, at which point the parties indicated progress in reaching settlement and requested additional time to continue discussions. Accordingly,

IT IS ORDERED that the deadline for filing motions requiring extensive briefing and consideration is SUSPENDED.

IT IS FURTHER ORDERED that the parties are DIRECTED to continue conferring regarding an amicable resolution to the above-captioned matter.

Finally, IT IS ORDERED that, if the case has not been dismissed by stipulation, counsel for the parties appear for a conference on **June 22, 2011, at 9:30 a.m.**

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: May 12, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2011, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522